# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2008

Clifford W. Taylor,
Chief Justice

132895

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARCIA CRYDERMAN, f/k/a Marcia
Douglas, Personal Representative of the
Estate of Natasha Douglas, Deceased,
        Plaintiff-Appellant,

v

                                      SC: 132895
                                      COA: 255045
                                      Emmet CC: 02-007011-NH

DANIEL J. VERBURG, d/b/a BAY VIEW
OBSTETRICS & GYNECOLOGY,
JEFFREY W. WILDER, NORTHERN
MICHIGAN HOSPITAL, DEBBIE PLUIM,
a/k/a DEBRA PLUIM, and MARILYN
KEEBLER, a/k/a MARILYN S. MORRIS,
        Defendants-Appellees.
_____/

       By order of April 25, 2007, the application for leave to appeal the November 28, 2006 judgment of the Court of Appeals was held in abeyance for *Mullins v St Joseph Mercy Hospital* (Docket No. 131879). On order of the Court, the case having been decided on November 28, 2007, 480 Mich 948 (2007), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2008

_____
Clerk